# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**JANIE M. NEEL**                                                                                       **PLAINTIFF**

V.                                       No. 3:20-CV-00359-ERE

**COMMISSIONER OF SOCIAL SECURITY**                          **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, judgment is entered for the Commissioner and this case is closed.

IT IS SO ORDERED this 16th day of November, 2021.

_____
UNITED STATES MAGISTRATE JUDGE